# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| TYMR IBN ABDULLAH, | ) | NO. EDCV 17-1410-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SAN BERNADINO COUNTY SHERIFFS DEPARTMENT, et. al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: December 11, 2017.

*S. James Otero*
_____
J . JAMES OTERO
UNITED STATES DISTRICT JUDGE